**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Annette Fuller Roach
Louisiana Appellate Project
P. O. Box 6547
Lake Charles LA 70606-6547

Steven Dwayne Rigmaiden
David Wade Correctional Center DOC 588892
670 Bell Hill Road
Homer La 71040

> Judgment on rehearing rendered and mailed to all parties or counsel of record on December 11, 2024

**REHEARING ACTION: December 11, 2024**

**Docket Number: 24   00288-KA**

**STATE OF LOUISIANA**
**VERSUS**
**STEVEN DWAYNE RIGMAIDEN**

**Appealed from Calcasieu Parish Case No. 12705-21**

**BEFORE JUDGES:**

**Hon. Candyce G. Perret**
**Hon. Jonathan W. Perry**
**Hon. Charles G. Fitzgerald**

As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by **Steven Dwayne Rigmaiden** has this day been

**DENIED.**

cc: Hon. Stephen C. Dwight, Counsel for the Appellee
    David S. Pipes, Counsel for the Appellee